ROLF CHRISTENSEN, as Administrator, etc., of MATHILDA JOHANNSEN, Deceased, Appellant, v. CONTINENTAL BANK & TRUST COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Glennon, J. dissents.

In the Matter of JOSEPH CAPOLINO, INC., a Dissolved Corporation, under Section 105 of the Stock Corporation Law. BANCA COMMERCIALE ITALIANA TRUST COMPANY, Respondent; JOSEPH CAPOLINO, INC., and JOSEPH CAPOLINO, Individually, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application for the Compulsory Accounting in the Estate of HERMAN E. SCHOENEWERG, Deceased. RICHARD SCHOENEWERG. EMPIRE TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals and for a stay granted. [See 252 App. Div. 745.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of JOHN J. McSHERRY, JR., for an Order against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of Proceedings Supplementary to Execution under Judgment in Favor of ISAAC LEON CORPORATION v. MILTON BERNARD MARSHALL.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY v. ALWIN C. ERNST and Others.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of EDWIN J. DEMAREST for an Order against JOHN J. McELLIGOTT, as Fire Chief and Commissioner of the Fire Department of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

GEORGE L. McCONNELL v. CARIBBEAN PETROLEUM COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of SAMUEL FEINBERG, as Administrator, etc., of CHARLES FEINBERG, Deceased, to Discover Certain Property of Said Deceased, Claimed to Be Withheld.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ

In the Matter of the Application of RICHARD WELLING for an Order against WILLIAM G. FULLEN, Chairman, and Others, Constituting the Transit Commission.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.